AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 08 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

*Petitioner*

v.

Zhimanov Dmitrii

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 1:26-CV-3219
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Zhimanov Dmitrii
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Folkston ICE Processing Center
   (b) Address: Highway 252 East, Folkston, GA 31537
   (c) Your identification number: A241156541
3. Are you currently being held on orders by:
   ☒ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☒ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☒ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Stewart Immigration court 146 CCA ROAD P.O.Box 248, Lumpkin, GA 31815
   (b) Docket number, case number, or opinion number: A241156541
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Final decision on asylum application

   (d) Date of the decision or action: 08.04.2025

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court:
      (2) Date of filing:
      (3) Docket number, case number, or opinion number:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❒ Yes ❒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❒ Yes ❒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❒ Yes ❒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☒ Yes ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: 10.23.2023.
(b) Date of the removal or reinstatement order: –
(c) Did you file an appeal with the Board of Immigration Appeals?

☒ Yes ☐ No

If "Yes," provide:

(1) Date of filing: 08.28.2025.

(2) Case number: A241156541

(3) Result: Approved

(4) Date of result: 01.23.2026.

(5) Issues raised: Board of Immigration appeals admit the decision made by the Immigration Judge „clearly erroneous"

(d) Did you appeal the decision to the United States Court of Appeals?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

❒ Yes ❒ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**: I have been in detention for more than 31 months.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I was not released under the parole.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

**GROUND TWO**: Deliberately delaying the case.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

My case was deliberately delayed and transferred from a political matter to another, which is essentially a lie. I had no way to change it

(b) Did you present Ground Two in all appeals that were available to you?

☒ Yes ☐ No

**GROUND THREE**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

❒ Yes ❒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do:

I want to ask the court to influence my situation and for my detention to end.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

06.01.2026.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 05.31.2026.

D. Zhimanov

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Good afternoon! My name is Dmitrii. I am 36 years old, and I was born and raised in Russia. I have been in custody in the United States for over 30 months. I will start by briefly describing what happened to me before I was taken into custody, and then I will describe what happened during my incarceration. I am not familiar with the US Constitution, but I am convinced this should not happen. I described what happened in more detail in my testimony and in my appeal of the judge's decision.

In mid-summer 2020, at my last job in Russia, I was drugged, given a leg implant, and hit on the head. The reasons were unknown to me at the time. After attempting to find out, I received overt threats. These threats came from people under the control of the Russian government and security services. Over time, I was poisoned twice and barely escaped the country. In another country, I was also poisoned twice, and later, in a third country, I was tortured and subjected to negative effects on my body using an implant I had in Russia.

Having gathered all the facts, I came to the conclusion that all my poisonings occurred after I expressed my political opinions regarding the Russian government. I was 100 percent convinced of this. This confirmed the events after which I was poisoned, the threats I received, the torture I endured, and the reasons for my experiences. Moreover, throughout all the years of persecution, I met people who openly told me that everything that was happening to me was due to my political and anti-war stance. All this was too obvious to me at that moment. This was the reason I requested political asylum in the first suitable country that adhered to democratic principles. Due to Russia's

large-scale war against Ukraine, that country stopped granting asylum to Russian citizens. After the implant activated in my body, I began to lose some of my mental capacity, forcing me to change careers. Having resolved my financial problems, I traveled to the United States at the first opportunity. After two months of waiting for permission to cross the border, I received an invitation from an ICE officer.

Before continuing, I ask you to consider the facts. I can recall and recount all the poisonings and the measures the Russian government took against me, and the circumstances under which they occurred. I have long had no doubts about who was persecuting me and why. I recognized that these actions by the Russian authorities were illegal, and I, for my part, had every right to my political opinion. For this reason, I repeatedly rejected other avenues for legalization in other countries. Because I understood the reasons for my persecution. I left the last country because it had become unsafe for people like me, and the government there denied me asylum. It also put pressure on the opposition, and a month after my departure, one of the Russian opposition figures was illegally deported to Russia. After the implant was activated, I received threats through it and online for about two years. I could not stop and begin collecting witness statements or other evidence of what was happening because my life was in danger. I thought what I had was enough. I planned to be safe before I started talking about what happened. I took all these factors into account, and on the day I crossed the border into the United States, I informed the officer that my life was in danger and that

I had an implant that could track my location. The implication was simple: my life was in danger, I was being subjected to physical harm, threats, torture, and other threats because of my political stance. Upon crossing the border, I found myself in a country that was assisting the fight against the Russian government, a country I considered an ally at the time.

Before crossing the border, I had told many people about what was happening to me, both in person and online. I first mentioned it online at the beginning of 2021. I had already undergone an unsuccessful surgery to remove the implant. Later, in my last country of residence, I found a doctor from an American hospital who was willing to remove the implant. I crossed the border confident that I would be able to find another doctor here.

It so happens that, in addition to my business, I am a professional poker player. So, I have plenty of opportunities to play during work or for various leisure activities. In the rest of my life, I am quite a religious person, which has saved my life more than once. I long ago realized who I am and what I am going to do with my life. And now, after everything that's happened in my life, I understand that nothing will change.

Below I will describe the events that occurred during my detention in the United States and the essence of my appeal to you.

After several detentions and several months after crossing the border, I was taken to Stewart, Georgia. There, I underwent another fear interview. I had not prepared for it and recounted my experiences from memory. I also mentioned that, starting in

2014, I had received warnings from people working for the Russian government because of my anti-war statements. I received a negative decision, which was unexpected. After what had happened to me, I knew that if I were deported, the Russian authorities would not leave me alive. So I wrote to the officer asking to deport me to a third country. A few days later, I was summoned to court and the negative decision was reversed. The ICE officer told me I would have a final court hearing (hearing) in detention. I asked a friend in Mexico to send me screenshots of some conversations that were like traces' of what was happening to me. My sponsor in the US stopped answering his calls. So I turned to an organization for help translating documents into English. Some time later, the head of the organization called me, and we had a conversation during which she asked if I remembered everything that had happened to me. I replied that I did not remember everything. She said she would write a letter to my judge, and they would provide me with a lawyer. A month before this call, I had been writing my testimony and recalling everything that had happened to me, and I realized I could not recall certain moments. It would be better if I clarified what I mean. On my first day in Nepal, the implant was activated in my body, and about an hour later, I left the hotel and went for a walk around the city. I spent the whole night like that, then rented a hotel room and slept until the next morning. Then I caught a taxi, went to the bus station, and went to another city. So I remembered these events, but the entire day was lost from my memory. I remember trying to leave another place, renting a room there, dining in several places, taking an

evening stroll, and then the next morning catching a taxi and going to the bus station and then to another city. This was most likely due to the implant's effects on my body, which caused a memory breakdown. On top of that, I was being stalked for over three years, and every day there were events that were impossible to remember. I also simply did not know what happened to me was political or religious case. I am not a lawyer, so I told the truth and everything that happened. It is also worth noting that the detention center staff where I was held did not want to grant me access to my documents without a lawyer. For these reasons, I agreed to have a representative of the organization write a letter to my judge. Unfortunately, I still don't know the contents of that letter.

At the next court hearing, the issue of access to a lawyer was being decided. If you have the opportunity to listen to the hearing, please do so. I remember the judge asking me why I needed a lawyer. I replied that I needed to prepare my documents. The judge began the hearing, asked me a question, and as I began to answer, the interpreter asked me to stop. After 5-10 seconds of silence, the judge concluded the hearing and said that I needed a lawyer.

A few months later, the next court hearing took place, at which I asked the judge to allow me to defend myself. I was refused. Then I went on a hunger strike, after which the ICE officer told me I needed to change my sponsor and be released on parole. I did but was not released. After a while, my lawyer called me for the first time. We then spoke on the phone and I repeatedly told him what had happened to me. I asked for a final court, and he promised to do so.

My trial was rescheduled again and again. The last time, my trial was postponed for four months because I did not speak English well. At the final hearing, I learned I did not have to testify. The judge did not object, but the prosecutor insisted on questioning me. I spoke to the prosecutor myself and recounted what had happened to me. After three or four hours, the prosecutor agreed that I had written my testimony myself, and that it was a true story. My lawyer left the hearing somewhere in the middle. The reason I could not testify was because I have mental health issues. It is worth remembering that I was one of the first to fill out the asylum application form myself, telling the truth and requesting a hearing.

More than 100 days later, I had a new court hearing, where my asylum application was denied. Afterward, I asked the ICE officer to deport me to a third country and was denied. I then appealed the judge's decision myself. Six months later, I received approval. During this time, my lawyer called me and said he was not control the process. I informed him that I would represent myself.

Three months later my trial was scheduled. Before the trial, my lawyer called me, and I informed him again that I would represent myself. At the trial, I asked the judge to allow this and was refused. The judge was not familiar with my case and could not make such a decision. She referred my case back to the judge who presided over the final trial. The situation is that the judge who conducted the final trial did not assign me a lawyer, another judge did it.

Considering everything that happened to me in custody, I can imagine my trial could continue for several more years.

Which is beyond any reasonable bounds. I have never had any mental health issues. This can be concluded from the fact that I have undergone all medical examinations throughout my life and have never sought help. It's also worth considering the type of work I have been doing throughout my life. Because someone with mental health issues is simply incapable of such work. My first attempts to reach out to others began in prison, after four years of persecution, after the Russian authorities' daily attempts to silence me and change my political stance. For two years of that time, I was under the influence of an implant in my body 24 hours a day, 7 days a week. I resisted lies, blackmail, and attempts to reprogram me into someone who supported Kremlin policies or remained outside of politics.

I lived one life for 30 years, then the persecution began and my life changed. I found out what was happening. Then I reached an allied, democratic country and told the truth. I sincerely did not understand what I was doing wrong.

After the court's final decision, I contacted witnesses to some of the events. I tried to take statements but was refused. Because, these people are still in Russia and are afraid they will get into trouble if they testify. Which is logical, given what happened to me and others, and what is still happening.

After everything that happened to me, nothing has changed in my outlook on life, and I have already returned to the state I was in before the persecution began. I will continue to speak the truth, despite all the attempts of the Russian authorities to conceal it and twist the events. I have been witnessing these attempts for over six years, even while in prison. God saw everything, and

I have long since lost all shackles in this life.

I want to ask you to influence the decision regarding my release so that I can move on with my life, prepare for my trial on my own, or have the opportunity to leave the United States and seek asylum in another country. After all this, I only have one question left: am I to blame for how things turned out? Regardless of your decision and what happens next, I want to thank the people who helped and supported me. I am convinced that all good things will come back to me, and to those who do good things.

---

P.S. I started writing this appeal in the first days of the month. Around that time, I had a court hearing scheduled. At that hearing, the judge asked me what I wanted to discuss with him. I stated that I wanted to refuse a lawyer's services because the reasons for which I was assigned one were no longer valid. The judge defended the lawyer and stated that a few days ago, the lawyer had submitted about a hundred documents to the court detailing what was happening in my country. Afterwards, the judge added that he wanted to read me a new decision on my case at this court hearing, but because I wanted to waive my lawyer, he had changed his mind. After that, the judge informed me that he would schedule a new final court date for me at the end of the month. The lawyer's services were paid for by an organization that no longer exists. He repeatedly informed me that he had no control over the situation. I filed the appeal myself. Besides, I don't want to detain the man, and I don't understand why he wants to continue representing me.

Then I thanked the lawyer again for his assistance and said I would await trial. After the court hearing, I was left with the feeling that this had been another game, the point of which I did not understand. Thinking back to everything that had happened, for example, how my final trial proceeded, where I answered the questions myself, or how my court hearings were repeatedly rescheduled.

At the end of the month, I was summoned to a hearing, but it did not take place for reasons unknown to me. I have now been in prison for more than 31 months. During this time, I have been subjected to daily checks, games, tests, and so on, day and night. I can only assess the results of these checks by observing my condition and behavior, which have not changed significantly during my imprisonment in USA. Just as I have not changed after all the possible measures the Russian government has taken against me since 2020.

I have developed a clear understanding of the situation: one of the reason for what's happening isn't these checks, because everyone has long known who I am and where I'm from, but rather to keep me here as long as possible. Perhaps this situation is just a joke for someone, and after they finish checking me for affiliation with some gang or organization on planet Earth, they will start checking me for affiliation with gangs on other planets, of which, as we know, there could be a huge number. I hope you can influence my situation so that, if I don't receive asylum in this country, I at least have the opportunity to leave it on my own. Thank you!

D. Zhimanov [signature] 30 May 2026.